IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Winters, Elmer

Printed: 11/11/08

Case Number: 08 B 15144
Judge: Hollis, Pamela S
Filed: 6/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,814.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,500.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 28,000.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 900.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 22.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 98.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 25.73 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 264.25 | 0.00 |
| 10. | Nissan Motor Acceptance Corporation | Unsecured | 1,124.38 | 0.00 |
| 11. | Illinois Tollway | Unsecured | 181.23 | 0.00 |
| 12. | Carmen Smith | Priority |  | No Claim Filed |
| 13. | First Source Bank | Unsecured |  | No Claim Filed |
| 14. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 15. | Custom Collection | Unsecured |  | No Claim Filed |
| 16. | Custom Collection | Unsecured |  | No Claim Filed |
| 17. | American General Finance | Unsecured |  | No Claim Filed |
| 18. | MRSI | Unsecured |  | No Claim Filed |
| 19. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 20. | Mutual Collection/St James | Unsecured |  | No Claim Filed |
| 21. | Systems & Services Technologies | Unsecured |  | No Claim Filed |
| 22. | Ocwen Federal Bank FSB | Unsecured |  | No Claim Filed |
| 23. | Receivables Performance | Unsecured |  | No Claim Filed |
| 24. | TRS Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,929.59 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Winters, Elmer | Case Number:  08 B 15144 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/11/08 | Filed:  6/13/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

